

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00538-CV

| | | |
|---|---|---|
| TERRY GORDON AND STEVEN SHARP, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (23-10123-431) |
| V. | § | August 14, 2025 |
| NORTH TEXAS TOLLWAY AUTHORITY, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Terry Gordon and Steven Sharp shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth